UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ONEIDA MARTI

CASE NO.: 15-20395-LMI

CHAPTER: 7

Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, ALBERTELLI LAW, attorneys for **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2007-2**, and hereby enters its Notice of Appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

Property Address: 7330 Sabal Dr. Miami Lakes, FL 33014-2523

Last Four Digits of Loan Number: 4527

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

/s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 19th Day of June, 2015, I served a copy of the foregoing upon:

**SERVICE LIST**

Oneida Marti
7330 Sabal Dr
Miami Lakes, FL 33014

Robert Sanchez
355 W 49 St.
Hialeah, FL 33012

Maria Yip
201 Alhambra Cir #501
Coral Gables, FL 33134

Office of the US Trustee
51 SW 1st Ave Suite 1204
Miami, FL 33130

    /s/Scott Lewis, Esq.
    Scott C. Lewis, Esq.
    FBN 112064
    813-221-4743 ext. 2603

    Albertelli Law
    Attorney for Secured Creditor
    PO Box 23028
    Tampa, FL 33623
    Facsimile:   (813) 221-9171
    bkfl@albertellilaw.com