**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Oneida Marti          JOINT DEBTOR: _____          CASE NO.: 15-20395-LMI
Last Four Digits of SS# 1668          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2479.36    for months 1 to 60; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 + $775 + $775 + $2500 = $7700 TOTAL PAID $1700
                         Balance Due    $ 6000 payable $ 120/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. American's Servicing Company
Address: POB 1820
Newark, NJ 07101-1820                  MMM Payment      $ 1685.61     /month (Months 1 to 60)
Account No: 1317004527

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| OcwenLoans Account No: xx5698 | 7330 Sabal Drive, Miami Lakes, FL 33014 $385,000 | 0% | None | None | Strip off Mortgage |
| 2 Stars Corporation | 7330 Sabal Drive, Miami Lakes, FL 33014 $385,000 | 0% | None | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Services          Total Due  $ 25,549.27
                                      Payable    $ 425.82    /month (Months 1 to 60)

Unsecured Creditors: Pay $ 120.00/month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

      /s/Robert Sanchez, Esq.                              _____
Attorney for Debtor                                        Joint Debtor
Date: 7-28-2015                                            Date: _____

LF-31 (rev. 01/08/10)