RE: Oneida Marti                              ☐ PRO SE            Case # 15-20395 LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns: 2012 2013 2014  Corp 2012 2013 2014
✓ Bank Account Statements ☑3 months pre-petition
   # 8586 (3/9 - 3/24/15)(4/24 - 6/9/15)
   # 2658 (3/9 - 3/17/15)(5/15 - 6/9/15)
   # 9895/9968 (3/9 - 3/26/15)(5/19 - 6/9/15)
___ Check copy _____
___ Explain W/D _____
___ FMV(NADA/Carmax), Reg and Payoff: Vehicles ___
___ FMV and Payoff: Real Estate _____
___ Non homestead Information Sheet
___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
✓ BDQ & attachments ☑Profit & Loss ☑Balance Sheet
✓ Bank statements and checks ☑3 months ____
   # 3992 (3/9 - 3/31/15)(5/1 - 6/9/15)
   # 8098 (3/9 - 3/25/15)(4/25 - 6/9/15)

✓ Photo ID(s)  ☑LF 90  ☑LF67  ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of ____ support ____ rent
___ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
✓ Other provisions ☑IVL ☐ 100% ☐ lawsuit ☐ lease
                    ☐ gambling ☐ HAMP ☐ LMM/MMM
___ Plan does not fund
___ Calculation errors/improper months _____
✓ Valuation motion  ☑ not filed  ☐ not resolved
___ LMM/MMM motion ☐ not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
     ___ Miami-Dade County   ___ Tax Certificate(DE#___)
     ___ Dept of Revenue    ___ IRS

☐ Notice of Filing HAMP ☐ Other _____

Reviewed documents received prior to   8/13/15
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

---

**NOTICE:** Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting. In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

---

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

   I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806,
MIRAMAR, FL 33027
(954) 443-4402

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*