# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Oneida Marti                              Case No. 15-20395-LMI
                                                   Chapter 13

_____Debtor(s)_____/

### DEBTOR'S NOTICE OF SELECTION OF MORTGAGE MODIFICATION MEDIATOR

Pursuant to the Mortgage Modification Mediation (MMM) procedures adopted under Administrative Order 14-03, this Notice is filed by the Debtor to notify the court on the status of the selection of mediator in the above referenced case.

☒ 1. The parties agree to and select the following Mediator:

   Anthony A. Roca
   The Roca Law Firm, P.A.
   1750 Coral Way, 2nd Floor
   Miami, FL 33145
   305-771-3529
   tony@rocalaw.com

☐ 2. The Lender, ____, failed to contact the Debtor within the time prescribed in the order of referral, and has therefore waived the right to participate in the mediator selection process. The Debtor has selected the following Mediator:

☐ 3. The parties have conferred but are unable to agree upon the selection of a mediator, and Debtor requests that the clerk select a mediator from the clerk's Mediation Register.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Selection of Mortgage Modification Mediator was served by U.S. first class mail upon the parties listed below on ___August 28, 2015.

                                           /s/ Robert Sanchez, Esq.

MMM-LF-11  (08/01/14)

Attorney for Debtor(s)
Address:355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
Fax:_(305) 512-9701
Florida Bar No.: 0442161
email: Court@bankruptcyclinic.com

Copies to:
[Debtor] Debtor, Oneida Marti, 7330 Sabal Dr, Miami Lakes, FL 33014
Lender (identify name of Lender and where notice sent) Wells Fargo, N.A. / America's Servicing Company, Wells Fargo Bank, c/o John G. Stumpf, CEO,420 Montgomery Street, San Francisco, CA 94104
Wells Fargo Home Mortgage, c/o Mike Heid, CEO, One Home Campus, Des Moines, IA 50328-0001
[Attorney for Lender] Albertelli Law, c/o Scott C. Lewis, Esq., Attorney for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2007-2, PO Box 23028, Tampa, FL 33623 and via email: bkfl@albertellilaw.com
The Mediator (tony@rocalaw.com)

MMM-LF-11  (08/01/14)