UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**ONEIDA MARTI**  CASE NO.: 15-20395-LMI

CHAPTER: 13

   Debtors.
_____/

## OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION 2007-2**, ("Creditor"), by and through the undersigned counsel, objects to the First Amended Chapter 13 Plan ("Plan") [DE #32] and states as follows:

1) Creditor's Claim is secured by the Debtor's principal residence: 7330 Sabal Dr. Miami Lakes, FL 33014-2523.

2) Creditor intends to file a timely Proof of Claim.

3) Creditor's claim should be treated as fully-secured until ordered otherwise by the Court

4) Pursuant to 11 U.S.C. § 1322(b)(2), the terms of the original note and mortgage shall remain in full force and effect unless and until the Creditor and Debtor mutually agree to a loan modification.

5) Creditor reserves the right to amend this Objection.

WHEREFORE, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

   /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq.
FBN 57116

813-221-4743 ext. 2621
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
Email: bkfl@albertellilaw.com
Alternate Email: mschulis@albertellilaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of September, 2015, I served a copy of the foregoing on the parties listed below.

### SERVICE LIST

Oneida Marti
7330 Sabal Dr
Miami Lakes, FL 33014

Robert Sanchez
355 W 49 St.
Hialeah, FL 33012

Maria Yip
201 Alhambra Cir #501
Coral Gables, FL 33134

Office of the US Trustee
51 SW 1st Ave Suite 1204
Miami, FL 33130

  /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq.
FBN 57116
813-221-4743 ext. 2621
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
Email: bkfl@albertellilaw.com
Alternate Email: mschulis@albertellilaw.com