UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 15-20395-BKC-LMI
          Chapter 13

    Oneida Marti
                         Debtor(s)/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of Order Continuing Confirmation Hearing [61] was sent to all interested parties on October 20, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Oneida Marti
7330 Sabal Dr
Miami Lakes, FL 33014

All creditors on the attached creditor matrix.

                                                Respectfully Submitted:

                                                **ROBERT SANCHEZ, P.A.**
                                                Attorney for Debtor
                                                355 West 49th Street
                                                Hialeah, FL 33012
                                                Tel. 305-687-8008

                                                By:*/s/ Robert Sanchez*
                                                 Robert Sanchez, Esq., FBN#0442161

2 Stars Corporation
517 Palmetto Drive
Miami, FL 33166

America's Servicing Company
PO BOX 1820
Newark, NJ 07101-1820

American Express
POB 297871
Fort Lauderdale, FL 33329

American Honda Finance
Po Box 1027
Alpharetta, GA 30009

American Honda Finance Corporation
POB 105027
Atlanta, GA 30348-5027

Ars
1801 Nw 66th Ave Suite 200
Fort Lauderdal, FL 33313

Ars Account Resolution
1643 Harrison Pkwy Ste 1
Sunrise, FL 33323

Capital One Bank (USA), N.A.
c/o Bray and Lunsford, P.A.
POB 53197
Jacksonville, FL 32201

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Central Finl Control
Po Box 66044
Anaheim, CA 92816

Chase Bank USA, NA
c/o JP Morgan Chase Legal Department
1191 E Newport Center Drive
Suite 101
Deerfield Beach, FL 33442

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Mtg
Po Box 24696
Columbus, OH 43224

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Citifinancial Services, Inc.
c/o Kenneth L Salomone, P.A.
1701 W Hillsboro Boulevard
Suite 202
Deerfield Beach, FL 33442

Comenity Bank/Lnbryant
Po Box 182789
Columbus, OH 43218

Discover Bank
c/o Hayt, Hayt & Landau, P.L.
7765 SW 87th Avenue
Suite 101
Miami, FL 33173

Gmac Mortgage
Po Box 4622
Waterloo, IA 50704

Hsbc Bank Neveda, N.A.
c/o Bray & Lunsford, P.A.
PO BOX 53197
Jacksonville, FL 32201

Hsbc/Mscpi
Po Box 3425
Buffalo, NY 14240

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346

Lakes Radiology
15600 NW 67th Avenue
Suite 107
Miami Lakes, FL 33014-2174

Neuroscience Consultants
POB 160010
Hialeah, FL 33016

Ocean Bank
c/o Levey, Filler, et al, LLP
1688 Meridian Avenue
Suite 902
Miami Beach, FL 33139

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826

Ocwenloans
1675 Palm Beach Lakes Blvd.  Suite 304
West Palm Beach, FL 33401

Paragon Contracting Service Inc.
POB 740022
Cincinnati, OH 45274-0022

| | | |
|---|---|---|
| Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 | Syncb/City Furniture<br>C/O Po Box 965036<br>Orlando, FL 32896 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 |
| Syncb/Lowes<br>Po Box 965005<br>Orlando, FL 32896 | Syncb/Mervyns<br>Po Box 965005<br>Orlando, FL 32896 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440 |
| University of Miami<br>POB 741199<br>Atlanta, GA 30374-1199 | US Bank National Association<br>c/o Marinosci Law Group, PC<br>100 W Cypress Creek Rd #1045<br>Fort Lauderdale, FL 33309 | |